UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LYDIA RAYNER                                                                                    PLAINTIFF

V.                                                CIVIL ACTION NO. 1:07cv1157-LTS-RHW

LEXINGTON INSURANCE COMPANY                              DEFENDANT

## ORDER

        This Court entered an [19] Order for Mediation on April 4, 2008. The deadline for the current mediation round is May 8. Plaintiff has filed a [21] Motion for Additional Time to Complete Mediation because she is undergoing medical treatment and will not available before the May 8 deadline. Upon further inquiry, the Court has determined that Plaintiff can be available shortly thereafter and that the mediation can simply be rescheduled promptly. The motion will be denied only because it requests an unnecessary amount of time--thirty (30) additional days--to conduct mediation. Nevertheless, the parties will be allowed until no later than May 23, 2008, to comply with the Court's [19] order.

        Accordingly, **IT IS ORDERED**:

The [21] Motion for Additional Time to Complete Mediation is **DENIED**;

The mediation in this matter shall be rescheduled within the time frame set out above.

**SO ORDERED** this the 2nd day of May, 2008.

                                                             s/ L. T. Senter, Jr.
                                                              L. T. SENTER, JR.
                                                              SENIOR JUDGE